UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
: No. 18-MC-356
IN RE RULE 45 SUBPOENAS TO :
FUTUREBRAND AND SIMON HILL :
: Related Action:
:
: *Merck & Co., Inc. et al. v. Merck KGaA*,
: Case No. 2:16-cv-00266-ES-MAH
: (D.N.J.)
:
:
:
------------------------------------------------------------x

**NOTICE OF MOTION OF MERCK & CO., INC. AND MERCK SHARP & DOHME CORP. TO COMPEL FUTUREBRAND AND SIMON HILL TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA**

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, upon the accompanying Declaration of Kevin R. Rubino, dated August 1, 2018, and the exhibits annexed thereto, the Memorandum of Law of Merck & Co., Inc., and Merck Sharp & Dohme Corp. in Support of their Motion to Compel FutureBrand and Simon Hill to Produce Documents Pursuant to Subpoena, and upon all other pleadings and proceedings herein, Merck & Co., Inc., and Merck Sharp & Dohme Corp., by their attorneys at Sidley Austin LLP, shall move this Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order compelling FutureBrand and Simon Hill to produce documents pursuant to subpoena, along with any other and further relief that this Court deems just and proper.

Dated:  New York, New York	Respectfully submitted,

      August 1, 2018	SIDLEY AUSTIN LLP

                                              By:   /s/ Sona De
                                                      Sona De
                                                      sde@sidley.com
                                                      Francesca E. Brody
                                                      fbrody@sidley.com
                                                      787 Seventh Avenue
                                                      New York, New York 10019
                                                      Telephone: (212) 839-5300
                                                      Facsimile:  (212) 839-5599

                                                      *Attorneys for Plaintiffs Merck & Co., Inc. and*
                                                      *Merck Sharpe & Dohme Corp*.