# EXHIBIT 2



## Challenge

Merck were not the same company that they were 10 years ago.

Since 2005 they have transformed from a mid-sized German pharma company to a global player with a unique combination of expertise. Merck wanted to communicate their commitment to advancing technologies for life. The company felt as though their groundbreaking ideas in chemicals and technology were not properly understood by stakeholders. It was also important that the company were perceived as one 'Merck', despite not being able to use this name in the US and Canada. They wanted to unite their businesses under one memorable brand.



## Solution

'Vibrant Science and Technology' was the creative platform for expression. This came to life by looking at the 'infinite world under the microscope', as it was felt to be particularly true to the brand.

The vibrant identity was developed to be a brave departure from the 'sea of sameness' Merck were mired in, and a breakthrough piece of work for the category. It included progressive elements such as monospaced typography on a technical grid, using fluid forms as a balance of art and science.

The 'Vibrant M' became a key signifier of the brand and an inventive way of presenting a consistent symbol worldwide without conflicting with 'the other Merck'.



## Result

By making the shift from a chemical and pharmaceutical company to one of vibrant science and technology, Merck now have the brand identity that allows them to show the world their true colours:

*"In FutureBrand we found a world-class partner who was willing and able to think strategically and creatively about our brand and business. We challenged them to be bold; and they responded with flair and intelligence."*

**Axel Löber, Head of Branding & Communications Strategy, Merck Group Communications**

# Awards

Transform Europe Awards 2017:
Best signage or wayfinding



# Capabilities involved

**Strategy Services**

**Design & Creative Services**

**Brand Management & Governance**

## Related projects




# Related News and Opinion





**News** FutureBrand scores huge shortlist at the Transform Awards Asia-Pacific

18 September 2017    Share socially

**News** Multiple awards won at Transform Awards Europe

31 March 2017    Share socially

**Opinion** How will we choose when everything is the same?

14 April 2016    Share socially

The Creative Future Company
**FutureBrand**

© 2018 FutureBrand. All rights reserved.
Cookie Policy | Modern Slavery Act 2015 Transparency Statement

Fonts by Colophon Foundry