# EXHIBIT 3

**FutureBrand**

Home   What we do   Our work   About us   News   Contact us   Thought Leadership

# Simon Hill

Managing Director
FutureBrand New York



As FutureBrand New York's Managing Director, Simon has led rebranding engagements with technology and sciences leader Merck, retail and commercial banking institution NatWest, as well as luxury automobile manufacturer Cadillac, helping to modernize these global brands while ensuring they retain the best aspects of their legacies.

Simon joined FutureBrand as London's Managing Director in 2013, following a decade at McCann. At McCann, he worked across a number of key accounts, including American Airlines, Stanley Black & Decker, General Mills, Nestlé, Premier Foods and Sony.

Simon was also project lead of the McCann Worldgroup marketing program which provided branding and communications services for the London 2012 Olympic & Paralympic Games. Described by The Financial Times as 'the biggest assignment in the history of UK marketing', McCann Worldgroup was the first agency to be appointed by an Olympic organizing committee to deliver all marketing services.

Out of work he can be found either running around after three feral children or playing any sport that time allows.