# EXHIBIT 18

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 26, 2018.

Selected Entity Name: HYPERMEDIA SOLUTIONS, L.L.C.
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | HYPERMEDIA SOLUTIONS, L.L.C. |
| DOS ID #: | 2600577 |
| Initial DOS Filing Date: | JANUARY 31, 2001 |
| County: | NEW YORK |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN LIMITED LIABILITY COMPANY |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O IPG
909 THIRD AVENUE, 24TH FLOOR
NEW YORK, NEW YORK, 10022

**Registered Agent**
NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

No Information Available

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 31, 2001 | Actual | HYPERMEDIA SOLUTIONS, L.L.C. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results　|　New Search

Services/Programs　|　Privacy Policy　|　Accessibility Policy　|　Disclaimer　|　Return to DOS Homepage　|　Contact Us