**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
                                          :     Docket No. 18-MC-356
                                          :
                                          :

IN RE RULE 45 SUBPOENAS TO     :     **DECLARATION OF PARISA SAMII**
FUTURE BRAND AND SIMON HILL   :
                                          :
                                          :
                                          :
-----------------------------------------------------x

Pursuant to 28 U.S.C. § 1746 PARISA SAMII declares as follows:

1.      I am an attorney at law of the State of New York and employed by CMGRP, Inc. ("CMG") as Senior Vice President of Business and Legal Affairs. I submit this declaration in opposition to Merck Sharp & Dohme Corp.'s Motion to Compel. The statements set forth below are based on my personal knowledge.

2.      CMG is a shared service provider and a wholly-owned unit of The Interpublic Group of Companies, Inc. ("IPG").

3.      On March 23, Merck Sharp & Dohme Corp. ("MSD") delivered a subpoena directed to "FutureBrand Ltd. c/o Simon Hill" (the "First Subpoena") to the following address: 909 Third Avenue, 14th Floor, New York, New York.

4.      FutureBrand is a tradename used by several separate entities. However, FutureBrand Ltd. is not the one of those entities.

5.      The name of the entity that uses the FutureBrand tradename in the United States is Hypermedia Solutions, L.L.C. ("HMS").

6.      CMG provides legal support for HMS as a shared service provider.

7.      HMS has offices located at 909 Third Avenue, 14th Floor, New York, New York.

8.      HMS is an indirect subsidiary of IPG.

9.      HMS did not provide services to Merck KGaA ("KGaA") during the relevant time period (*i.e.*, 2013-2015).

10.     Simon Hill has been employed by HMS since July 2016.

11.     In the United Kingdom, that name of the entity that uses the FutureBrand tradename is FBC (FutureBrand) Limited ("FBC").

12.     FBC is a private limited company organized under the laws of the United Kingdom with a principal place of business in London, United Kingdom

13.     FBC is an indirect subsidiary of IPG.  There are seven companies between FBC and IPG.

14.     Simon Hill is a former employee of FBC.

15.     FBC performed certain services for KGaA.

16.     The documents relating to those services are in the possession of FBC and are located in the United Kingdom.

17.     MSD has not served a subpoena upon FBC.

18.     HMS and FBC do not share documents in the usual course of business, have access to each other's documents, or need each other's documents.

19.     HMS does not have a unilateral right to access FBC's documents.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2018

Parisa Samii