UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                :
                                                :       Docket No. 18-MC-356

IN RE RULE 45 SUBPOENAS TO       :       **CORPORATE DISCLOSURE**
FUTURE BRAND AND SIMON HILL   :       **STATEMENT**

-------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1, Hypermedia Solutions, L.L.C. ("HMS"), improperly pleaded as FutureBrand, states as follows: The Interpublic Group of Companies, Inc. ("IPG") is an indirect corporate parent of HMS. IPG's stock is publicly traded on the New York Stock Exchange.

                                                    **PASHMAN STEIN WALDER HAYDEN**
                                                    A Professional Corporation
                                                  *Attorneys for HyperMedia Solutions, LLC and Simon Hill*

Dated: August 20, 2018                       By:   /s/ James W. Boyan III
                                                                 JAMES W. BOYAN III
                                                                   jboyan@pashmanstein.com
                                                                   Court Plaza South
                                                                   21 Main Street – Suite 200
                                                                   Hackensack, NJ 07601
                                                                   (T) 201-488-8200
                                                                   (F) 201-488-5556