UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE RULE 45 SUBPOENAS TO FUTUREBRAND   18-mc-356 (PKC)
AND SIMON HILL

ORDER

-----------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

      A motion hearing is scheduled for October 18, 2018 at 12:00 pm in Courtroom 11D at 500 Pearl Street, New York, NY.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 10, 2018