UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In Re Rule 45 Subpoenas to Futurebrand
and Simon Hill,                                                                                18-mc-356 (PKC)
------------------------------------------------------------------------X
Merck & Co., Inc. and Merck Sharp and Dohme Corp.,
                Plaintiffs,
    -against-
FutureBrand, Ltd. And Simon Hill.                                         ORDER
                Defendants.
    -against-
HyperMedia Solutions, LLC
                Respondent.
------------------------------------------------------------------------X

CASTEL, U.S.D.J.

        Pursuant to Minute Entry of October 18, 2018, granting motion to compel, the Clerk of Court is directed to close this case.

        SO ORDERED.

                                                P. Kevin Castel
                                      United States District Judge

Dated:  New York, New York
          October 19, 2018